DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

R.M.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-395

———————————————

February 23, 2024

Appeal from the Circuit Court for Hillsborough County; Kim Brennan, Judge.

Howard L. Dimmig, II, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.